# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>RICKY DELANO SHEPPARD<br><br>*Defendant* | )<br>)<br>) Case No.  6:16-mj-1267<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about June 3, 2016, in the county of Brevard, in the Middle District of Florida, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

MICHAEL R. SPADAFORA, Task Force Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 6/3/2016

_____
Judge's signature

City and state:    Orlando, Florida         DAVID A. BAKER, U.S. Magistrate Judge

STATE OF FLORIDA                                                CASE NO. 6:16-mj-1267

COUNTY OF ORANGE

## AFFIDAVIT

I, Michael R. Spadafora, after being duly sworn, depose and state:

1.    I am a Task Force Agent with the United States Department of Homeland Security Investigations (HSI), formerly the United States Customs Service. I am currently assigned to the Office of the Resident Agent in Charge, Cocoa Beach, Florida, which is responsible for conducting criminal investigations and enforcing laws that are under the investigative jurisdiction of United States Immigration and Customs Enforcement (ICE) in the counties of Brevard and Volusia, Florida, in the Middle District of Florida. I am a cross-designated law enforcement officer of the United States within the meaning of 19 U.S.C. § 1401(I), and am empowered to investigate and make arrests for violations of United States criminal laws within the meaning of 18 U.S.C. § 2510(7).

2.    In November 2007, I was assigned as a Task Force Agent with ICE/HSI. I am currently employed by the Brevard County Sheriff's Office and assigned to the Special Victims Unit to investigate Internet crimes against children. I have been a sworn law enforcement officer in the State of Florida since April 27, 1998.

3.    As a Task Force Agent, my responsibilities include investigating possible criminal violations of United States Customs and related laws. I have received over 400 hours of specialized training in the investigations of sex crimes, child exploitation, child pornography and computer crimes. I have participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers

are used as the means for receiving, transmitting, and storing child pornography. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251, 2252, and 2252A. I have also participated in investigations of persons suspected of violating federal laws pertaining to the enticement of minors in violation of 18 U.S.C. § 2422(b). Additionally, I have been involved in authoring and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

4. This affidavit is submitted in support of an application for a Criminal Complaint against RICKY DELANO SHEPPARD for a violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) (prohibits a person from knowingly possessing child pornography).

5. The statements in this affidavit are based in part on information provided by the Homeland Security Investigations, Cyber Crimes Center, Child Exploitation Investigations Unit (C3/CEIU), the Homeland Security Investigations, Office of the Resident Agent in Charge, Cocoa Beach, and the Florida Brevard County Sheriff's Office. Since this affidavit is being submitted for the limited purpose of securing a Criminal Complaint, I have not included each and every fact known to me concerning this investigation.

## INVESTIGATION

6. Through the investigation, the affiant learned that on January 2, 2016, at 4:12 p.m., IP address 97.103.128.56 was used to access, download, and/or attempt to

2

download file content associated with unique URL: http://[FSS]¹.com/xxxxxxxxxxxx/Negaraku.rar.html.__. The file depicted a video file, which is three minutes and fifty seconds in length. The video depicts a young, minor male who appears to be between the ages of four and six years old. The child is lying on his back on a bed with a blue bed spread, nude from the waist down. Portions of this video depict what appears to be an adult male's penis anally penetrating the minor boy.

7. Using publically available search tools, law enforcement determined that IP address 97.103.128.56 was controlled by ISP Bright House Networks.

8. During the course of the investigation, agents obtained subscriber information relating to the use of IP address 97.103.128.56 on January 2, 2016, at 4:12 p.m. A review of the records obtained revealed the following account holder and address: Rich Sheppard, XXXX Clover Circle, Melbourne, Florida 32935.

9. A check of publicly available databases also revealed that RICKY DELANO SHEPPARD resides at XXXX Circle, Melbourne, Florida 32935.

10. A check with the Division of Motor Vehicles on or about May 17, 2016, revealed that an individual named RICKY DELANO SHEPPARD with a date of birth of XX-XX-1957, resides at XXXX Circle, Melbourne, Florida 32935.

11. Surveillance of the above referenced premises, on or about May 19, 2016, revealed that there was no unsecured wireless Internet signals in the area of the residence. The affiant used an Apple iPhone cellular phone in an effort to gain additional information regarding any potential wireless networks at XXXX, Melbourne, Florida 32935. Positioned in front of XXX Circle, Melbourne, Florida 32935, I noted that there were multiple wireless networks in the area, but all of them were

---

[1] FSS stands for "File Sharing Site."

secured. Accordingly, in order to use any of them to access the Internet, a user would likely have to know the encryption key or password for that particular network. Based on the signal strength of the wireless network, as well as my training and experience and information related to me by agents, I believe that the wireless router at XXXX Circle, Melbourne, Florida 32935, is likely generating a secured wireless network.

12. A search of Accurint information database (a public records database that provides names, dates of birth, addresses, associates, telephone numbers, email addresses, etc.) was conducted for RICKY DELANO SHEPPARD. These public records indicated that RICKY DELANO SHEPPARD'S current address is XXXX Circle, Melbourne, Florida 32935.

13. A check of open source information from the Internet regarding RICKY DELANO SHEPPARD revealed he is employed by the Brevard Public Schools as a Principal of Holland Spessard Elementary School. It is also believed that RICKY DELANO SHEPPARD is the same person as Rich Sheppard.

14. On May 31, 2016, HSI agents obtained a federal Search Warrant, to search the residence located at XXXX Circle, Melbourne, Florida 32935, for evidence of violations of 18 U.S.C. §§ 2251(d) and (e) (advertisement of child pornography); 18 U.S.C. §§ 2252A(a)(1) and (b)(1) (transportation of child pornography); 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) (distribution and/or receipt of child pornography); and 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) (possession of and access with intent to view child pornography).

15. The Search Warrant was executed on June 3, 2016. Prior to the search warrant being executed a noncustodial interview was conducted with RICKY DELANO

SHEPPARD. During this audio taped interview RICKY DELANO SHEPPARD said he was the only person who resides at the residence. RICKY DELANO SHEPPARD said he had Internet access and the Internet provider was Bright House Networks and the Internet was secured. RICKY DELANO SHEPPARD was asked about images of children being downloaded to his residence, which he said he wasn't going to talk about that. RICKY DELANO SHEPPARD then stated he would not answer any further questions.

16.   Once the interview was completed, the search warrant was executed on the residence. During this search, Agent Michael Mazzone (Mazzone) and Agent Francis Dufresne (Dufresne), both of the Brevard County Sheriff's Office Digital Forensics Unit, assisted Agent Spadafora with previewing computer media at the above address. Agent Mazzone conducted a preview forensic examination of an eMachine desktop computer assembled in China, which had several external drives attached to it. Agent Mazzone observed that the computer was logged on to the desktop area and that the computer's operating system was Microsoft Windows.

17.   Agent Mazzone and Agent Dufresne then utilized the forensic program OSTriage to capture the volatile memory and preview the file content of the computer. After the volatile memory was acquired, Agent Mazzone used the OSTriage program to perform a forensic scan of the computer's file system and attached storage devices. During that time Agent Mazzone observed several artifacts related to suspected child pornography movies and photographs. On attempting to view some of these files the computer system froze up, and Agent Mazzone was forced to abort the OSTriage process. Agent Mazzone then performed a shutdown of the computer and removed the

single hard disk drive that was present inside.

18. Agent Mazzone then utilized the forensic program ForensicScan to perform a media preview of the computer's file system. During this process ForensicScan indicated the presence of over 1100 "child notable" files. Agent Mazzone then used his forensic laptop to further preview the file systems of the eMachine's desktop computer and observed several movies which in my experience and training Agent Mazzone believed to be child pornography movies in the downloads folder. Many of these movies appeared to have been downloaded in a recent period of time. Agent Mazzone also observed several other ownership type documents and files within the same user account as the child pornography. The majority of the documents were related to the Holland Spessard Elementary School where RICKY DELANO SHEPPARD works. Some of these items appeared to be pictures of children on a brochure for the elementary school. Agent Mazzone copied 14 child pornography movies from the downloads folder associated with the above eMachine's computer. These 14 movies depicted young boys between the ages of approximately 8 and 12 years of age engaging in sexual activities with each other and adult males. Those sexual acts included oral and anal sex, as well as masturbation. One of the videos also showed a young female child approximately 8 to 11 years. The child arms and legs are bound with yellow rope, as she performs oral sex on an adult male.

19. Agent Mazzone forensically previewed a second eMachine desktop computer assembled in China, which was also logged on to the user account desktop. This computer appeared to have a couple of programs running in the background. Agent Mazzone also observed several external hard drives connected to this desktop

computer. Agent Mazzone and Agent Dufresne utilized the forensic program OSTriage to preview the file system of this computer. Agent Mazzone also had the opportunity to review the OSTriage report as it pertained to the "recent" folder which is a preview of recently utilized programs and documents on a Windows computer. Agent Mazzone observed several entries related to both files Agent Mazzone believed to be child pornography and other types of files such as software programs and documents related to the Holland Spessard Elementary School. These files were all associated with the logged on user account for the eMachine's desktop computer. Agent Mazzone observed a web artifact for a retirement board website that utilized the user name "sheppard.rick" along with the user's password. There was also a web artifact for a Microsoft Outlook email account with the user name "r sheppard," and associated email address of "rsheppard@cfl.rr.com."

20. Based on his observations of both eMachine desktop computers Agent Mazzone believed that both machines were being utilized for personal use and the illicit possession of child pornography by SHEPPARD.

## CONCLUSION

21. Based on the above, there is probable cause that on or about June 3, 2016, in Brevard County, Florida, in the Middle District of Florida, RICKY DELANO SHEPPARD, knowingly possessed child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B).

*[signature]*
Michael R. Spadafora
Task Force Agent
Homeland Security Investigations

Sworn to and subscribed before me
this 3rd day of June, 2016.

*[signature]*
DAVID A. BAKER
United States Magistrate Judge