FILED

2016 JUN 22 PM 2: 10

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:16-cr- 119-ORL-37 GJK
18 U.S.C. § 2252A(a)(2)(B)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2253 - Forfeiture

RICKY DELANO SHEPPARD
a/k/a Rich Sheppard

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

On or about June 3, 2016, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**RICKY DELANO SHEPPARD**
**a/k/a Rich Sheppard**

the defendant herein, did knowingly receive material that contains child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, as shown in file names "#_video157368819xxxx," "#_video157368819xxxx," "09.xxx," and "Слайд 3.xxx," which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).

## COUNT TWO

On or about June 3, 2016, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**RICKY DELANO SHEPPARD**
**a/k/a Rich Sheppard**

the defendant herein, did knowingly possess material that contains images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, including images of child pornography involving a prepubescent minor and a minor who had not attained 12 years of age, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet, and produced using materials that had been mailed, shipped, and transported in and affecting interstate commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2. Upon conviction of the violations alleged in Counts One and Two, the defendant, **RICKY DELANO SHEPPARD, a/k/a Rich Sheppard**, shall forfeit

to the United States of America, pursuant to Title 18, United States Code, Section 2253, all of his interest in any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including, but not limited to, an eMachines desktop computer, serial number PTNCV02001147074F0300; an eMachines desktop computer, serial number GCJ7A20008115; a Toshiba external drive, serial number 34BDWYJGSU17; a Seagate external drive, serial number 2GEXXMWJ; and a Western Digital external drive, serial number WMAVULL1650905.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL,

Foreperson

A. LEE BENTLEY, III
United States Attorney

By:
Ilianys Rivera Miranda
Assistant United States Attorney

By:
Katherine M. Ho
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No.

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

RICKY DELANO SHEPPARD
a/k/a Rich Sheppard

**INDICTMENT**

Violations:

18 U.S.C. § 2252A(a)(2)(B)
18 U.S.C. § 2252A(a)(5)(B)

A true bill,

_______________________
Foreperson

Filed in open court this 22nd day

of June, 2016.

_______________________
Clerk

Bail $_______________

GPO 863 525