UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:16-cr-119-Orl-37GJK

RICKY DELANO SHEPPARD

**GOVERNMENT'S NOTICE REGARDING RESTITUTION**

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, hereby respectfully informs the Court regarding the determination as to restitution.

1. To this date, the government has not received restitution requests from any of the victims alleged in the count of conviction. Furthermore, it is believed that neither the National Center for Missing and Exploited Children nor law enforcement have been able to identify the victims in this case.

2. Thus, the government hereby respectfully informs the court and the defendant that the government will not pursue restitution in this case.

3. Thus, the government requests from the Honorable Court to take notice of the above stated information.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By: *s/ Ilianys Rivera Miranda*
ILIANYS RIVERA MIRANDA
Assistant United States Attorney
USA No. 150
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: ilianys.rivera@usdoj.gov

**U.S. v. RICKY DELANO SHEPPARD        Case No. 6:16-cr-119-Orl-37GJK**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2017, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant:

James W. Smith, III, Esquire

*s/ Ilianys Rivera Miranda*
ILIANYS RIVERA MIRANDA
Assistant United States Attorney
USA No. 150
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: ilianys.rivera@usdoj.gov